**Order filed May 19, 2015**



In The

# Fourteenth Court of Appeals

NO. 14-15-00107-CV
**HEWLETT-PACKARD COMPANY, Appellant**

**V.**

**CHRISTOPHER AINSWORTH AND DANIELLE AINSWORTH, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2012-21132**

## ORDER

On April 20, 2015, the court received notice that a settlement had been reached in this case. On May 5, 2015, the court requested the parties to file a motion to dismiss. As of this date, no motion has been filed.

Accordingly, the court may reinstate the appeal on its own motion within **10 days** of the date of this order unless a motion to dismiss, other dispositive motion, motion to reinstate, or motion to extend the abatement is filed.

PER CURIAM